The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GUMARO MANUEL GONZALEZ-FELIX, <br><br> Defendant. | No. CR21-054RAJ <br><br> **ORDER** |

THE COURT has considered the stipulated motion of the parties to make findings on the need to conduct the plea hearing in this case by videoconference along with all the records and files in this case and the General Orders currently in effect.

THE COURT FINDS that the circumstances are as set forth in the motion and that conducting the plea hearing by video is justified in this case because further delays would have caused "serious harm to the interests of justice," *see* General Order No. 04-20 (extended by General Order 16-21), for the reasons set forth in the motion. It is therefore ORDERED that this plea may proceed via videoconference before a U.S. Magistrate Judge.

/ / /

ORDER - 1
*U.S. v. Gonzalez-Felix,* CR21-054RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  DATED this 11th day of February, 2022.

$\phantom{xxxxxxxxxxxxxxxxxxxxxxxxxxxxx}$_____
THE HON. RICHARD A. JONES
United States District Judge

Presented by:

*s/ Vincent T. Lombardi*
VINCENT T. LOMBARDI
Assistant United States Attorney

ORDER - 2
*U.S. v. Gonzalez-Felix,* CR21-054RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970